FILED
United States Court of Appeals
Tenth Circuit

April 11, 2023

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,

    Plaintiff - Appellant,

v.

GLEN MULREADY, in his official capacity as Insurance Commissioner of Oklahoma, et al.,

    Defendants - Appellees.

------------------------------

ASSOCIATION OF FEDERAL HEALTH ORGANIZATIONS, et al.,

    Amicus Curiae.

No. 22-6074
(D.C. No. 5:19-CV-00977-J)
(W.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on the *Motion for Leave to File Brief Amicus Curiae of the ERISA Industry Committee, American Benefits Council, National Labor Alliance of Health Care Coalitions, Self-Insurance Institute of America, and Pacific Health Coalition Supporting Plaintiff-Appellant and Reversal*, the *Motion of the State Chamber Research Foundation Legal Center, Inc. and the Oklahoma Employers Healthcare Alliance, Inc. for Leave to File an Amici Curiae Brief*, and the *Motion for*

*Leave to File Brief of Amicus Curiae America's Health Insurance Plans Supporting Plaintiff-Appellant and Reversal*. (the "Motions for Leave to File Amicus Brief").

Upon consideration, and at the direction of the panel of judges assigned to decide this appeal, the Motions for Leave to File Amicus Brief are denied.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk